# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Latessia Taylor
                      Plaintiff,

v.                                                   Case No.: 1:22−cv−04997
                                                          Honorable Edmond E. Chang

Wal−Mart Stores, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 10, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 13, Rule 26(a)(1) disclosures are due on 12/09/2022. All other discovery (including the authority to adjust all deadlines) is referred to the magistrate judge. The tracking status hearing of 11/11/2022 is reset to 01/27/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.